1)

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

CASE No. 19-432-NJR

ELROY HENDERSON IDOC#M-20461
( PLAINTIFF )
V.S.

HONORABLE: _____

ILLINOIS DEPT OF CORR Ct. AL MENARD
Lt. BeBout %/o DONALD ROUNTREE, JONATHAN WEBB
C/o BRYAN EISENHOUER %/o JOHN DOE
REGISTER NURSES REVA EMGELAGIE, NURSE AIMEE LANG,
NURSE A. WILLIAMS
( DEFENDANTS )

SCANNED at PCC and E-Mailed
4/18/19 (date) by KK (initials)
12 (# of pages)

## COMPLAINT WITH JURY DEMAND

THIS IS A CIVIL RIGHTS ACTION FILED BY PLAINTIFF ELROY HENDERSON, A STATE PRISONER, FOR DAMAGES AND INJUNCTIVE RELIEF UNDER 42 U.S.C. § 1983 ALLEGING EXCESSIVE USE OF FORCE AND OFFICIAL MISCONDUCT 720 ILCS 5/33-3 AND DENIAL OF proper MEDICAL CARE (DELIBERATE INDIFFERENT to SERIOUS MEDICAL NEED) AND FAILURE to protect IN WHICH CAUSED THE VIOLATIONS OF PLAINTIFF, Eighth AMENDMENT AND Fourteenth AMENDMENT to the United States Constitution with REGARDS to punitive CONDITION OF AGGRAVATED BATTERY, AN VIOLATION OF THE DUE Process CLAUSE, AND EQUAL OR FAILURE to protect, FUNDAMENTAL principal of the Constitution AN Article. PLAINTIFF ALSO ALLEGES the torts OF AGGRAVATED ASSAULT AND BATTERY AND NEGLIGENT

### JURISDICTION

1) THE Court HAS JURISDICTION OVER the PLAINTIFF'S CLAIMS OF VIOLATION OF FEDERAL Constitution Rights UNDER 42 U.S.C. §§ 1331 (1) AND 1343.

2) THE Court HAS SUPPLEMENTAL JURISDICTION OVER the PLAINTIFFS STATE LAW tort CLAIMS UNDER 28 U.S.C §§ 1367 AND OFFICIAL MISCONDUCT 720 ILCS 5/33-3 AN 720 ILCS 5/12-4 AGGRAVATED BATTERY

### PLAINTIFF

3) THE PLAINTIFF ELROY HENDERSON I.D.O.C #M-20461 WAS INCARCERATED AT MENARD Correctional CENTER FACILITY DURING THE time DESCRIBED IN THIS COMPLAINT PLAINTIFF IS NOW CURRENTLY IN PONTIAC CORRECTIONAL CENTER

2)

## DEFENDANTS

4) DEFENDANT Lt. BEBOUT IS A CORRECTIONAL LIEUTENANT AT MENARD C.C.

5) DEFENDANTS % JONATHAN WEBB # , % DONALD ROUNTREE # 110 22, % BRYAN EISENHAUER # 3675, % JOHN DOES,

6) DEFENDANTS AIMEE LANG, REVA ENGELAGE, A. WILLIAMS AT THE TIME REGISTERED NURSES GIVING RISE TO THIS CLAIM WHEN THIS OCCURRED.

7) EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS/HER OFFICIAL CAPACITY AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW

## STATEMENT OF FACTS

8) ON April 23, 2017 PLAINTIFF WAS BEING ESCORTED TO MENARD CORRECTIONAL CENTER HEALTH CARE (OUTPATIENT) UNIT TO BE SEEN BY MEDICAL STAFF FOR SIMPLE DECONTAMINATION

9) WHILE BEING ALREADY IN PROPER CUFF RESTRAINTS AND POSE NO THREAT TO THE SAFETY OF SECURITY OR AND STAFF AT THE CURRENT TIME AND WHERE HE WAS AT/GOING PLAINTIFF WAS ATTACKED. WHILE ENROUTE HANDCUFF BEHIND HIS BACK UPON EXITING THE EAST CELL HOUSE TO RECIEVE MEDICAL CARE BY OUTPATIENT HEALTH CARE UNIT

10) SEVERAL % OFFICERS TOGETHER PICKED THE PLAINTIFF UP BY HIS LEG FIRST AND BODY SLAMMED HIM ON HIS HEAD. PLAINTIFF ALSO RECIEVED LIFE THREATS AND RACIAL SLURES.

## STATE OF FACTS OF MISUSE OF FORCE

11) ON April 23, 2017 AT APPROX. 3:30 pm WHILE HOUSED AT MENARD C.C. (EAST CELL HOUSE) I WAS ENGAGED IN A PHYSICAL ALTERCATION WHICH INVOLVED SEVERAL PRISONERS AND CORRECTIONAL OFFICERS, WITH THE EXCEPTION OF BEING SPRAYED WITH OLEORESIN CAPSICOM

3)

— PEPPER SPRAY, I SUSTAINED NO PHYSICAL INJURIES DURING THE ALTERCATION.

12) I WAS SUBDUED AND HANDCUFFED BEHIND MY BACK AND ESCORTED OUT OF THE CELL HOUSE BY C/O [REDACTED] AND SEVERAL OTHER CORRECTIONAL OFFICERS (JOHN DOE'S)

13) ONCE OUTSIDE OF THE EAST CELL HOUSE BUILDING, WHILE HANDCUFFED, I WAS VIOLENTLY SLAMMED TO THE GROUND PUNCHED AND KICKED BY THESE OFFICERS

14) THESE OFFICERS STRIPPED MY SHOES AND MY SOCKS OFF MY FEET, DRAGGED ME AND MADE WALK BARE FOOT TO THE HEALTH CARE UNIT (APPROX    FT)

15) WHEN I ENTERED THE HEALTH CARE UNIT I OBSERVED NURSE A. WILLIAMS AND NURSE REVA EMGVELAGIE STANDING AT THE FRONT DESK NURSE A. WILLIAMS AND NURSE EMGVELAGIE ESCORTED ME AND THE SEVERAL C/O'S TO ONE OF THE EXAMINATION ROOMS

16) I OBSERVED MARK SMITH BEING ESCORTED BY SEVERAL C/O'S TO A DIFFERENT EXAMINATION ROOM. THE EXAMINATION ROOM THAT I ENTERED WAS ALREADY OCCUPIED NURSE AIMEE LANG. NURSE A. WILLIAMS ASKED ME MY NAME, WHICH I TOLD HER, AND SHE LEFT THE ROOM. NURSE EMGVELAGIE RINSED THE O.C. PEPPER SPRAY OUT OF MY FACE AND HEAD AFTER WHICH, NURSE LANG ASKED ME SOME QUESTIONS AS SHE FILLED OUT A PAPER ON HER CLIP BOARD

17) HOWEVER, ONE OF THE OFFICERS (JOHN DOE) TOLD THE NURSES TO LET HIM SPEAK WITH ME AND WITHOUT FURTHER EXAMINING ME, THE NURSES LEFT THE ROOM WITH THE CORRECTIONAL OFFICER. C/O [REDACTED] ALSO LEFT

4)

THE ROOM REMAINING IN THE ROOM WAS ME AND CORR OFFICER (JOHN DOE)

18) WHILE WAITING IN THIS EXAMINATION ROOM I HEARD MARK SMITH YELLIN REPEATEDLY FOR SOMEONE to HELP HIM UPON HEARING MARK SMITH SCREAMS FOR HELP, THE C/O JOHN DOE CLOSED THE DOOR that WE WERE IN. Still, I HEARD MARK SMITH YELLING FOR HELP.

19) Shortly AFTER THIS SEVERAL CORR OFFICERS — C/O WEBB, C/O ROUNTREE, Lt BE Bout, WORKING UNDER the COLOR OF LAW EACH ENTERED the EXAMINATION ROOM that I WAS IN AND CLOSED the DOOR TURNED OUT the LIGHTS AND BEGIN to CARRY out A RETALIATORY ACT WHEN they MALICIOUSLY BEAT ME. CAUSING ME to SUFFER SEVERELY FROM PAIN ALL OVER.

20) I WAS DEFENSELESS, HANDCUFFED BEHIND MY BACK, SLAMMED to the GROUND, PUNCHED AND KICKED. THESE OFFICERS STOMPED ON MY BACK, BENT MY ARMS, HANDS AND FEET

21) I WAS REPEATEDLY PUNCHED AND KICKED IN MY FACE, SPITTING OUT BLOOD AND MY TEETH. I WAS TOLD BY SEVERAL OFFICERS I WAS GOING to DIE. THE THREATS HAD BECOME REAL AND HEARING the RACIAL SLURRS CAUSE ME to FEAR FOR MY LIFE.

22) I FURTHER FEARED FOR MY LIFE WHEN Lt BE Bout SPECIFICALLY SPRAYED O.C. PEPPER SPRAY INTO A PLASTIC BAG AND put it OVER MY HEAD FOR SEVERAL SECONDS At A TIME, AND then WOULD TAKE the BAG OFF OF MY HEAD, SPRAY MORE PEPPER SPRAY IN the BAG AND put it BACK OVER MY HEAD.

23) Lt BE Bout REPEATED His SADISTIC torture tactic SEVERAL times I REPEATEDLY YELLED FOR HELP AS LOUD AS I COULD EVERY time the BAG WOULD COME OFF MY HEAD, But I WAS TOLD BY the OFFICERS to "SHUT the FUCK up NIGGER" AND CALLED A COWARD ASS NIGGER"

5)

WHO WASN'T SO TOUGH NOW. At SOME POINT DURING THE ASSAULT I PASSED
OUT.

24) WHEN I CAME TO CONSCIOUSNESS I WAS STILL BEING BEATEN By
SEVERAL OFFICERS. THE HANDCUFFS WERE SO TIGHT THAT THEY CUT
THROUGH MY SKIN AND CUT OFF BLOOD CIRCULATION. CAUSING SWELLING IN
MY HANDS.

25) THESE OFFICERS KICKED MY TEETH OUT, BUSTED MY LIP - WHICH I
NEED STITCHES FROM OUTSIDE HOSPITAL. MY EYE WAS SWOLLEN, I
SUSTAINED CUTS AND BRUISES TO MY FACE, MY FEET WERE CUT
AND BRUISED. MY ENTIRE BODY WAS IN PAIN

26) DURING THE ASSAULT ON ME I WAS IN AND OUT OF CONSCIOUSNESS,
AT SOME POINT, I WAS RUSHED TO THE HOSPITAL VIA AMBULANCE
WHERE I RECIEVED TREATMENT FOR MY INJURIES (SEE EXHIBITS (E) (F)

27) AFTER I WAS RELEASED FROM CHESTER MEMORIAL HOSPITAL, I RETURN
TO MENARD CORR. CTR. LATER THIS SAME DAY, I WAS TRANSFERRED TO
PONTIAC PONTIAC CORR. CENTER. THE OFFICER WHO TRANSFERRED ME TO
PONTIAC C.C. TOOK PICTURES OF MY INJURIES WITH HIS PHONE TO,
ACCORDING TO HIM, "COVER HIS ASS".

28) WHEN I ARRIVED AT PONTIAC I WAS NOT ALLOWED TO SHOWER
OR GIVEN ANY HYGIENE PRODUCTS. I WAS GIVEN A JUMPSUIT
AND PLACED IN A CELL. I WAS NOT GIVEN TOILET PAPER, BLANKET,
SHEETS, OR A PILLOW. I TOLD BY OFFICERS THAT GUYS THAT
ASSAULT OFFICERS "DON'T GET SHIT."

29) AS A RESULT OF EVERYTHING THAT THE DEFENDANTS HAVE DONE TO ME
I HAVE FOREVER LOST MY TEETH, I HAVE PERMANANT FACIAL AND
BODY SCARS. I HAVE ONGOING PAIN IN MY SHOULDER, BACK, AND WRIST

(6)

I HAVE DIZZY SPELLS, NERVE DAMAGE AND MY MENTAL HEALTH HAS DETIORATED. I BECAME SUICIDAL, AND ON JUNE 20, 2017 I TRIED TO HANG MYSELF, BUT I GOT CAUGHT. THE GUARDS SPRAYED ME WITH O.C. PEPPER SPRAY AND CUT ME DOWN

30) I WAS PLACED ON SUICIDE WATCH FOR 2WEEKS. SUBSEQUENTLY, I WAS DIAGNOSED WITH SEVERAL MENTAL ILLNESSES. I HAVE BEEN DIAGNOSED AS SEVERELY MENTALLY ILL (S.M.I) AND PRESCRIBED POWERFUL PSYCHOTROPHIC MEDICATION.

## EXHAUSTION OF I.D.O.C GRIEVANCE PROCEDURE

31) BECAUSE I WAS HOUSED IN PONTIAC C.C. AND THE EXCESSIVE FORCE CLAIM, NURSES DELIBERATE INDIFFERENT CLAIM, AND FAILURE TO PROTECT CLAIM, AROSE AT WHEREVERE A DIFFERENT INSTITUTION (MENARD), THE GRIEVANCE PROCEDURE REQUIRED ME TO SEND MY GRIEVANCE DIRECTLY TO THE ADMINISTRATIVE REVIEW BOARD / DIRECTOR. ON 5:22-17 USING THE UNITED STATES POSTAL SERVICES, I MAILED A GRIEVANCE TO THE ARB/DIRECTOR COMPLAINING ABOUT THE ABOVE STATED ISSUES ON 10/23/17 THE ARB/DIRECTOR DENIED THAT GRIEVANCE (SEE EXHIBIT H)

## LEGAL CLAIMS

(SECTION 1983 CLAIM AGAINST DEFENDANTS) COUNT 1

32) DEFENDANTS C/O WEBB AND C/O JOHN DOE'S, USED EXCESSIVE FORCE WHEN, AFTER EXITING THE EAST CELL HOUSE I WAS HANDCUFFED BEHIND MY BACK AND COMPLYING WITH OFFICERS, THEY SLAMMED ME TO THE GROUND, PUNCHED AND KICK ME ABOUT CAUSING INJURIES, AND WHERE THEY STRIPPED ME OF MY SHOES AND SOCKS AND DRAGGED ME AND MADE ME WALK BAREFOOT TO THE HEALTH CARE UNIT (APPROX 200 FT).

THIS LEVEL OF FORCE WAS UNNECESSARY WHERE I WAS IN RESTRAINT.

7)

AND complying with this officer. The officer acted maliciously and sadistically to cause harm. Violating my 8th Amendment right to be free from cruel and unusual punishment.

CLAIMS OF COUNT 2

33) Defendants C/o Webb, C/o Rountree, Lt BeBout, C/o Eisenhauer, C/o John Doe, used excessive force when they beat me while hand-cuffed in the health care unit and not disruptive in anyway. During this assault I sustained permanent injuries to my face and body. Lt BeBout repeatedly placed a plastic bag over my head which he sprayed with pepper spray. This level of force was totally unnecessary where I was in restraints and complying with the officer. The officers acted maliciously and sadistically to cause me harm. Violating my 8th Amendment right to be free from cruel and unusual punishment.

CLAIMS OF COUNT 3

34) Defendants, C/o Webb, C/o Rountree, Lt BeBout, C/o John Doe's C/o Eisenhauer violated my 14th Amendment right to equal protection (class-of-one) when they unlawfully beat and tortured me out of spite and in retaliation for the altercation that I had with the Menard East cell house correctional officers.

CLAIMS OF COUNT 4

35) Defendants, C/o Webb, C/o Rountree, Lt BeBout, C/o Eisenhaur, John Does violated my 14 Amendment right to due process when they beat me to punish me. In retaliation for the altercation that I had with the Menard East cell house correctional officers.

8)

CLAIMS OF COUNT 5

36) DEFENDANTS, AIMEE LANG (NURSE), REVA EMGELAGE (NURSE), A.WILLIAM: (NURSE) WERE DELIBERATE INDIFFERENT to my SERIOUS MEDICAL NEEDS WHERE they FAILED to TREAT my OBVIOUS MEDICAL INJURIES WHEN I FIRST ARRIVED At the HEALTH CARE UNIT At ABOUT 3:45 PM. After RINSING the O.C.PEPPER SPRAY out of my FACE AND HEAD, the NURSES ABRUPTLY Stop MINISTERING AID to ME WHEN the c/o (JOHN DOE) told the NURSES to Let Him SPEAK with ME. The NURSES DID NOT CHECK my VITALS SIGNS they DID NOT TEND to the INJURIES ON my BODY AND FACE. I WAS NOT GIVEN ONLY PAIN MEDICATION OR EVEN ASKED ABOUT my LEVEL OF PAIN. The NURSE'S SIMPLY WALKED out OF the DOOR with CORRECTIONAL OFFICER AND I NEVER SAW them AGAIN. The NURSE'S ACTION, OR LACK THEREOF, VIOLATED my 8th AMENDMENT RIGHT to BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT.

CLAIMS OF COUNT 6

37) DEFENDANT, AIMEE LANG (NURSE), REVA EMGELAGE (NURSE), A.WILLIAM (NURSE) FAILED to protect me FROM the VICIOUS ASSAULT at the HAND AND FEET OF the CORRECTIONAL OFFICERS, WHERE, while I WAS SAFELY IN the HANDS OF the HEALTH CARE personnel, The NURSES SIMPLY ABANDONED their OBLIGATION to TREAT me, AND LEFT the ROOM. So that the OFFICERS COULD COME IN AND BEAT me. The NURSES DID NOT INTERVENE UNTIL, APPARENTLY, AFTER I WAS BEATEN UNCONSCIOUS. The NURSES FAILURE to INTERVENE AND OR PREVENT the ASSAULT VIOLATED my 8th AMEND. RIGHT to BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT.

9)

<u>CLAIMS OF COUNT 7</u>

38) DEFENDANTS, AIMEE LANG (NURSE) REVA EMGELAGE (NURSE), A. WILLIAMS (NURSE) VIOLATED my 14 AMEND RIGHT to EQUAL PROTECTION (CLASS-OF-ONE) WHEN they FAILED to MINISTER AID to my OBVIOUS MEDICAL NEEDS WHERE PRISONERS GO to HEALTH CARE UNIT FOR MEDICAL TREATMENT ARE USUALLY MINISTERED MEDICAL AID. THERE WAS LEGITAMIT REASON to TREAT ME DIFFERENTLY.

<u>CLAIM OF COUNT 8</u>

39) DEFENDANTS, C/O WEBB, C/O ROUNTREE, Lt BEBout, C/O EISENHAUER, C/O JOHN DOE'S, ENGAGED IN A CONSPIRACY to VIOLATE my CIVIL RIGHTS WHERE they ACTED IN CONCERT, BEAT ME IN RETALIATION. WHEN the ABOVE NAMED OFFICERS ENTERED the EXAMINATION ROOM IN the HEALTH CARE UNIT, They HAD SPECIFIC DESIGN to UNLAWFULLY BEAT AND TORTURE ME. EVIDENT By the FACT that THOSE OFFICERS ALL ENTERED the EXAMINATION ROOM together AND IMMEDIATELY STARTED to VIOLATE my 8TH AMEND. RIGHT NOT ONE OF THOSE OFFICERS TRIED to STOP ANOTHER FROM ASSAULTING ME. BUT INSTEAD ENCOURAGED EACH OTHER. FURTHER, NOT ONE OF THE OFFICERS REPORTED the ASSAULT.

ALSO, PART OF THIS CONSPIRACY, IS DEFENDANTS A. WILLIAMS (NURSE) AIMEE — LANG (NURSE), REVA EMGELAGE (NURSE). TO BE SURE, AFTER PROMPTING FROM C/O JOHN DOE'S, the NURSE'S ABANDONED THEIR OBLIGATION to MINISTER AID to ME AND BECOME DELIBERATE INDIFFERENT to my SERIOUS MEDICAL NEEDS. FURTHER, the NURSE'S FAILED to INTERVENE AND IN FACT TURNED A BLIND EYE to the ASSAULT. NURSE A. WILLIAMS AUTHORED A MISLEADING AND FALSE INCIDENT REPORT. IN HER REPORT, NURSE A. WILLIAMS CHECKS "NO" to the QUESTION "WERE RESTRAINTS / FORCE USED"(SEE EXHIBIT A) BUT THIS IS UNTRUE BECAUSE WHEN I ENTERED the HEALTH CARE UNIT I WAS IN

(10)

HANDCUFFS. NURSE A.WILLIAMS OBSERVED this BECAUSE SHE WAS ONE OF THE NURSES AT the FRONT DESK WHO ESCORTED ME to tHE EXAMINATION ROOM AND NURSE REVA EMGELAGE RINSED tHE O.C. pepper SPRAY out OF my FACE AND HEAD WHILE I WAS IN RESTRAINTS. FURTHER MORE — NURSE A.WILLIAMS WRITES A MISLEADING INCIDENT REPORT to MAKE it APPEAR AS IF tHE INJURIES tHAt REQUIRED ME to BE RUSHED to tHE Hospital WERE SUSTAINED DURING tHE PHYSICAL ALTERCATION BETWEEN ME AND tHE EAST HOUSE CORRECTIONAL OFFICERS. But upon CLOSE SCUTINY - NURSE A.WILLIAMS DOES NOT ADD up (REPORT SPECIFICALLY, tHE ALTERCATION IN tHE EAST CELL HOUSE took place At ABOut 3:30 PM (SEE pg. 1 EXH. A). I ARRIVED At tHE HEALTH CARE UNIT WITHIN 5-10 MINUTES AFTER tHE ALTERCATION (HOWEVER, NURSE A.WILLIAMS REPORT STATE 4PM) ALtHOUGH I ARRIVED At tHE HEALTH CARE UNIT SOMEWHAT BATTERED FROM BEING SLAMMED PUNCHED, AND KICKED BY C/O WEBB AND OtHER CORRECTIONAL OFFICERS. AFTER EXITING tHE EAST CELL HOUSE, I WAS ALERTED AND, IN COMP- ARISON to my ultimate CONDITION - IN FAIR CONDITION. So IN tHIS LIGHT, NURSE WILLIAMS INCIDENT REPORT FAILS to EXPLAIN How I ARRIVED At HEALTH CARE SOMEWHERE BETWEEN 3:45 AND 4:00 PM NEEDING SIMPLE O.C. PEPPER SPRAY DECONTAMINATION. To my MEDIC CONDITION DETIORATING to tHE POINT tHAt I NEEDED WARRANTED to BE RUSHED to tHE Hospital FOR "FACIAL TRAUMA AND CHANGE IN LEVEL OF CONSCIOUSNESS At 5:45 PM. AltHOUGH NURSE WILLIAMS INCIDENT REPORT NOTES tHAt my MEDICAL CONDITION DETIORATED "WHILE At HEALTHCARE UNIT" IN HER AttEMpt to COVER up tHE DEATEN, SHE OMITTED tHE INCIDENT tHAt CAUSED my MEDICAL CONDITION to DETIORATE.

11)

THE NURSES ACTION/INACTIONS STRONGLY INDICATED THAT THEY WORKED IN CONCERT WITH THE CORRECTIONAL OFFICERS TO VIOLATE MY CIVIL RIGHTS.

40) AS A DIRECT AND PROXIMATE RESULT OF DEFENDANTS ACTS AND/OR OMISSIONS PLAINTIFF HAS ENDURED MONTHS OF PHYSICAL PAIN, MENTAL ANGUISH, AND EMOTIONAL PAIN AND PSYCHOLOGICAL DISTRESS. HE HAS BECAME AND WILL CONTINUE TO BECOME LIABLE FOR SUMS OF MONEY ASSOCIATED WITH NECESSARY MEDICAL CARE. HE HAS SUFFERED AND WILL FOREVER CONTINUE TO SUFFER LOSSES AND PAIN TO HIS MIND AND BODY.

41) DEFENDANTS C/O DONALD RUUNTREE, C/O JONATHAN WEBB, C/O BRYAN — EISENHAUER, Lt BE BOUT, C/O JOHN DOE'S WILLFUL AND WANTON DISREGARD FOR PLAINTIFF'S HEALTH AND SAFETY CONSTITUTES THE TYPE OF BEHAVIOR JUSTIFYING PUNITIVE DAMAGES

42) WHERE FORE, PLAINTIFF ELROY HENDERSON DEMAND'S JUDGEMENT AGAINST DEFENDANTS FOR COMPENSATORY DAMAGES, PUNITIVE DAMAGES AND ANY OTHER RELIEF THIS COURT DEEMS PROPER. PLAINTIFF DEMANDS A JURY TRIAL.

<u>RELIEF REQUESTED BY PLAINTIFF</u>

43) WHEREFORE, PLAINTIFF ELROY HENDERSON REQUEST THAT THE COURT GRANT THE FOLLOWING RELIEF:

44) AN INJUNCTION OR JUDGEMENT AGAINST DEFENDANTS DEFENDANTS C/O JONATHAN WEBB, C/O BRYAN EISENHAUER, C/O DONALD RUUNTREE C/O JOHN DOE'S, Lt BE BOUT. REGISTER NURSES' AIMEE KANG, REVA ENGELAGE A. WILLIAMS. COMMITTED 720 ILCS 5/33-3 OFFICIAL MISCONDUCT AND 720 ILCS 5/12.4 AGGRAVATED BATTERY

(12)

45) AWARD PLAINTIFF IN COMPENSATORY DAMAGES IN THE AMOUNT OF $350,000 AGAINST DEFENDANTS ᵃ⁾Bryan EISEN-HAUER, Lt. BEBOUT, C/o JONATHAN WEBB, ᶜ⁾DONALD ROUNTREE, ᵗ/o JOHN DOES, REGISTERED NURSES AIMEE LANG, A.WILLIAM REVA EMGELAGE. FOR THE AGAINST PLAINTIFF DESCRIBED IN HIS complaint.

46) AWARD PLAINTIFF IN PUNITIVE DAMAGES IN THE AMOUNT OF $350,000 AGAINST DEFENDANTS C/o BRYAN EISENHAUER, Lt.B-E BOUT, C/o JONATHAN WEBB ᵗ/o JOHN DOES, C/o DONALD ROUNTREE, REGISTERED NURSES A.WILLIAMS, AIMEE LANG, REVA EMGELAGE. FOR THE AGAINST PLAINTIFF DESCRIBE IN THIS complaint.

DATE 04·01·19

RESPECTFULLY SUBMITTED

61 Celroy

ELROY HENDERSON ¬DOC#M·2041
PONTIAC·CORR. CENTER
700 W LINCOLN STREET
P.O. Box 99
PONTIAC .IL. 61764

**Press for Printer Friendly Version (no graphics)**

CHECK TO INCLUDE PHOTO ☐




## M20461 - HENDERSON, ELROY

**Parent Institution:** PONTIAC CORRECTIONAL CENTER
**Offender Status:** IN CUSTODY
**Location:** PONTIAC

**Click here to register for notification on any changes to this offender's custody status**

### PHYSICAL PROFILE

| | |
|---|---|
| **Date of Birth:** | 09/20/1987 |
| **Weight:** | 166 lbs. |
| **Hair:** | Black |
| **Sex:** | Male |
| **Height:** | 6 ft. 00 in. |
| **Race:** | Black |
| **Eyes:** | Brown |

### MARKS, SCARS, & TATTOOS



EXHIBIT
E
STRETCHER ON my
WAY to outside
Hospital

EXHIBIT U

071583

ILLINOIS DEPARTMENT OF CORRECTIONS

## Incident Report

Incident Number: _____

Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: **Menard**     Date of Incident: 4/23/17     Time of Incident: 4:00 ☐am ☐pm

| | | | | | | |
|---|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES | ☒ NO | Were Restraints / Force Used: | ☐ YES | ☒ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☐ YES | ☒ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☒ YES | ☐ NO |

Offenders / Staff Involved:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Henderson, Elby | M20461 | | |

Witnesses to Incident:

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| Aimee Lang CMT | | Lt Bebout | |
| Beva Engelage, CMT | | | |
| Dr. Lochard | | | |

**Statement of Facts: (NARRATIVE)**

on the above date and approximate time Inmate Henderson #M20461 was brought to the HCU for medical treatment following an altercation in the East Cell house. While in the HCU Inmate Henderson's medical status deteriorated. Inmate Henderson became unresponsive to voice and touch. Inmate Henderson was evaluated per Dr. Lochard who deemed it necessary for Inmate Henderson to be transferred to an outside medical facility for treatment of facial trauma and change in level of consciousness. Inmate Henderson was transported via Ambulance to an outside hospital at approximately 535pm Inmate Henderson was positively Identified per B of I Photo in medical jacket. EOR

RECEIVED
JUN 01 2018
ADMINISTRATIVE
REVIEW BOARD

| | | | | |
|---|---|---|---|---|
| A Williams RN | (signature) | 4/23/17 | (signature) 652 | 4-23-17  830p |
| Reporting Employee (Print) | Reporting Employee Signature | Date / Time | Person Accepting Report | Date / Time |

Administrative Assessment: _____

APR 27 2018     MAY 0 4 2018

Chief Administrative Officer: _____     Date / Time: _____

Distribution:  Director, Deputy Director, File     Printed on Recycled Paper     DOC 0434 (Eff. 1/2014)
Legal Services (only if restraints/force used)     (Replaces IX-444)

EXHIBIT D

1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS
**Incident Report**

Incident Number: _____
Type of Incident: _____

If the answer is yes to any of the following questions, explain in narrative below:

Facility/Program: __Menard CC__     Date of Incident: _4-23-17_   Time of Incident: _Aprox 5.25_ ☐am ☒pm

| | | | | | |
|---|---|---|---|---|---|
| Was a Weapon Involved: | ☐ YES | ☒ NO | Were Restraints / Force Used: | ☒ YES | ☐ NO |
| Was Property Damaged: | ☐ YES | ☒ NO | Were Chemical Agents or OC Used: | ☒ YES | ☐ NO |
| Were Arrests Made: | ☐ YES | ☒ NO | Appr. Unit and/or Law Enf. Agency Notified: | ☐ YES | ☒ NO |
| Were there Media Inquiries: | ☐ YES | ☒ NO | Any Injuries / Hospitalizations: | ☒ YES | ☐ NO |

**Offenders / Staff Involved:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| I/m Smith Mark | M10365 | | |
| I/m Henderson Elroy | M20461 | | |

**Witnesses to Incident:**

| Name | I.D. # | Name | I.D. # |
|---|---|---|---|
| C/o Rowtree | 11022 | | |
| C/o Webb | 9721 | | |
| C/o Eisenhauer | 3675 | | |
| C/o Grau | 8416 | | |

**Statement of Facts: (NARRATIVE)**

On above date and approx Time, East house (6 gallery) chow line was returning from the dinningroom. I/m Smith Mark m10365 who resides in East 6-21 grabed this reporting sergeant and and started striking me in the face and head area with closed fists. I/m Henderson Elroy M20461 who resides in E 6-20 was behind I/m Smith also started striking this sergeant in the face + head area with closed fists. This sergant engaged with I/m Smith, Taking him To the ground. This sergant gave several direct orders To stop resisting. I/m smith refused to comply. This Sergant Then administered a 2 second burst of oleoresin Capsicum (O.C.) I/m smith complied and was placed in restraints. This Sergant Then observed C/o Rowtree # 11022 on the ground with I/m Henderson Who was not Complying with direct orders to stop resisting this sergant administered a 2 second burst of oleoresin Capsicum (OC) I/m Henderson was Then placed in restraints by C/o Rowtree. This Sergant Then pushed my orange button to advise Controls of the 10-10. Both I/m's were Taken To HCU For decontamination with no Further incident. I/O by I.D cam and OTS

Sgt Murray Murray 3617     S. Murray Sgt 3617     4-23-17   Aprox 4:20p   MJS... ...052   4-23-17   9:00a
Reporting Employee (Print)     Reporting Employee Signature   Date / Time   Person Receiving Report   Date / Time

**Administrative Assessment:** _____

Chief Administrative Officer: _____     Date / Time: _____

Distribution:   Director, Deputy Director, File          Printed on Recycled Paper          DOC 0434 (Eff. 1/2014)
              Legal Services (only if restraints/force used)                                      (Replaces DC 434)

1 of 2   ORIGINAL

On April 23, 2017, the 3-11 shift at approximately 3.30-4.30 pm I was a resident in Menard Correctional Center housed in the East cell house, in cell 602, which is the very front of the gallery. Around that time six gallery had been going to chow, which I did not attend. As the chow lines were coming back on the gallery I heard a lot of commotion, then I started to cough from the pepper spray and then heard a loud bang from the Correctional officer on the "Cat Walk" who fired his weapon. Inmate Henderson appeared right in front of my cell, and inmate Smith was right in front of my neighbor's cell and the flag on the gallery being cuffed up. The Correctional officer Round Tree was still spraying pepper spray on them guys. I didn't see these guys doing anything to my knowledge. When I arrived here at Pontiac Correctional Center I ran into inmate Henderson and he showed me his I.D. card and all his missing teeth. He told me the correctional officers in Menard had beat them real bad and tortured them in the health care unit. There was nothing at all wrong with them guys while they were on six gallery in front of my cell in cuffs. I agreed to give this affidavit to testify if need be to what I observed.

Respectfully submitted,
Purcell Dansberry
March 8, 2018

STATE OF ILLINOIS    )
COUNTY OF LIVINGSTON )  SS

## AFFIDAVIT

I, Percell Dansberry, being duly sworn upon my oath, do hereby depose and state under the penalty(s) of perjury, that all the facts and information contained in the attached statement is true and correct to the best of my information and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON MARCH 8, 2018.

/s/ Percell Dansberry
Reg. # B-34144
P.O. Box 99
Pontiac, IL. 61764

## VERIFICATION PURSUANT TO SECTION 1-109

Under penalties as provided by law, pursuant to section 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure. The undersigned certifies that the statement set forth in the attached AFFIDAVIT are true and correct except as to such matters, the undersigned as aforesaid, that he verily believes the same to be true.

Respectfully Submitted,

Percell Dansberry

#B-34144

P.O. Box 99

Pontiac, IL. 61764

RE: AFFIDAVIT

1 OF 2 COPIES
ORIGINAL

<u>AFFIDAVITS</u>  )
                 )
                 )
                 )

I ELROY HENDERSON DECLARE UNDER PENALTY OF PERJURY THAT THE FOLLOWING STATEMENTS ARE TRUE & BASED ON MY PERSONAL KNOWLEDGE thereto: ON 04/23/17 AN INCIDENT OCCURRED IN MENARD CELL CENTER (WEST CELL HOUSE) IN WHICH MYSELF, MARK SMITH, AND DEONTA DAVIS (ALL PRISONERS) WERE ENGAGED IN A PHYSICAL ALTERCATION WITH SEVERAL CORRECTIONAL OFFICERS. Notwithstanding, BEING SPRAYED WITH O.C. PEPPER SPRAY, I SUSTAINED NO PHYSICAL INJURIES TO MY BODY OR FACE AS A RESULT OF this ALTERCATION AND I ALSO OBSERVED MARK SMITH BEING RESTRAINED / (HANDCUFFED BEHIND OUR BACKS) AT this time MARK SMITH DID NOT HAVE ANY INJURIES TO HIS FACE. AFTER EXITING THE EAST HOUSE BUILDING, AND WHILE STILL IN CUFF RESTRAINTS, I WAS SLAMMED TO THE GROUND, PUNCHED AND KICKED BY SEVERAL CORRECTIONAL OFFICERS. I WAS ESCORTED TO THE HEALTH CARE UNIT BY C/O ROUNTREE & JOHN DOES. I OBSERVED MARK SMITH — (STILL IN CUFF RESTRAINTS) C/O WEBB, C/O EISENHAUER, JOHN DOE & LT TEIGLER IN ONE OF THE EXAM ROOMS. MARK SMITH DID NOT HAVE INJURIES TO HIS FACE. I WAS ESCORTED TO A DIFFERENT EXAMINATION ROOM WHERE THE NURSES RINSED THE O.C. PEPPER SPRAY OUT OF MY FACE C/O ROUNTREE LEFT WHILE WAITING IN THAT HEALTH CARE EXAM ROOM I HEARD MARK SMITH YELLING FOR HELP. SOME TIME AFTER this C/O EISENHAUER, LT BEBOUT, C/O ROUNTREE, C/O WEBB, C/O JOHN DOE ENTERED THE EXAM THAT I WAS IN, CUT OUT THE LIGHTS, CLOSED THE DOOR AND TORTURED AND BEAT ME UNCONSCIOUS (WHILE IN HANDCUFFS) I WAS RUSHED TO THE HOSPITAL VIA AMBULANCE AS A RESULT OF THE BEATING. WHEN I NEXT SAW MARK SMITH WAS NORTH 2 BUILDING AWAITING TO BE TRANSFERRED, HE HAD SERIOUS INJURIES TO HIS FACE. MARK SMITH ALSO CONFIRMED THAT HE WAS IN FACT YELLING FOR HELP WHILE THE CORRECTIONAL OFFICERS WERE

BEATING him AT the HEALTH CARE Unit. Also, I must point out that it is A WELL KNOWN FACT ARround MENARD C.C. that CorRECTIONAL OFFICERS has AN UNwritten policy to BEAT prisoners ACCUSED OF ASSAULTING STAFF.

I UNDERSTAND that this AFFIDAVIT may BE USED IN Court PROCEEDINGS AND I AM willing to testify to this STATEMENTS HEREIN.

HALLIE A ZINGRE
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 05, 2022

Hallie A. Zingre

4/8/19

RESPECTfully SUBMITTED
/s/ E[signature]

ELROY HENDERSON

S.S. Illinois
County Livingston }

# Affidavit

I Kendrick Butler Register M03292, here-
by, being first unduly sworn to penalty under
perjury that the foregoing is true & correct to
the best of his Knowledge & understanding:

Since or about (off & on) February 22,
2018, I personally has been giving legal assist-
ance for his civil complaint to inmate, named,
Elroy Henderson.
I personally written a drafting of his
Complaint & informed him to rewrite the complaint
in his own handwriting. I've practice some civil
Litigation (off & on) since 2007 on ward - until
the current date.
Inmate Henderson has no civil Litigation
history, nor has he practice Law on any Level;
& he Lacks an understanding to Law & Legal
terms.

The Legal assistance that the Affiant
provided was Minimum & the Affiant has witness
the inmate request assistance from numerous sources,
thats been to the extent of how to file a civil
Complaint, what to ask for during Discovery & what

(1 of 2)

discovery should consist of.

Even with the legal assistance from the other inmates (including the author of this affidavit) the inmate Elroy Henderson still doesn't know how to go about his complaint.

The Affiant strongly believes that the Plaintiff Elroy Henderson is to be appointed counsel or the court should at least seek pro bono representation.

Pursuant To 28 U.S.C. § 1746, 18 U.S.C. § 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true & accurate to the best of knowledge & belief. I do declare that the matter at hand is not taken either frivously or maliciously & that I believe the foregoing matter is taken in good faith.

_____
Affiant Signature

HALLIE A ZINGRE
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 05, 2022

_____
Notary Signature

1/31/2019
Date

1/31/19
Date

(2 of 2)

State of Illinois
County of Livingston

# AFFIDAVIT

I, Mark Smith #M10365 being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto. That on the day of April 23, 2017, myself and Henderson #M20461 was taken to Menard C.C. Health Care Unit to be checked out by medical staff for injuries, but while we was at the Health Care Unit, myself and Henderson #M20461 was assaulted by several officers During this assault I overheard Henderson #M20461 yelling for help several times, which led me to believe that his life was in danger, as well as me, We both had plastic bags placed over our heads with O.C. pepper spray inside the bag. We also were punched and kicked in the face and body during this assault. Before myself and Henderson #M20461 left Menard West Cell House to go to the Health Care Unit, neither one of us had any scars or bruises. But several hours later when I saw Henderson #M20461 we both were at Menard North 2 cellhouse being prepared to be emergency transfered to Pontiac C.C. I couldnt help but notice several visible injuries Henderson had on his face, then he told me that he had been briefly hospitalized since we last saw each other. And I notice his mouth was bleeding real bad that's when Henderson #M20461 told me that the C/o's who assaulted him had kicked him in the mouth several times resulting in his teeth being kicked out. Also his violent assault was similar to the one I had suffered early, everything from the plastic bag with O.C. pepper spray placed over our heads, and the kicking and punching of our upper and lower body all the way down to the verbal threats on our lives. Which we both thought was very serious and possible. Considering how the assaults were done in a torture kind of manner. Henderson #M20461 was also cuffed behind his back like myself and non-combative or aggressive. And was defenseless and posed no threat.

Subscribed and sworn to
before me on the 26 day
of February, 2019.

Notary Public



Respectfully Submitted

mark Smith



Exhibit: #5

## Affidavit

I, LAZEREK AUSTIN #K77091, declare that the following is true:

In the Summer (July or August) of 2017 while I was housed at Menard, the Unit that I was housed on -N1-B-wing- Had night yard. Officer Roundtree was the yard officer this particular day. Roundtree observed me yelling to other prisoners on the yard across from me. Roundtree walked up to the yard and told me to stop yelling to the other yard. Officer Roundtree then told me that I looked familiar and asked me what cell house did I come from, to which I replied East House. Roundtree then stated that He Remembered me and stated "You boys orchestrated that little assault". Roundtree then stated that "we beat the hell out of those guys, and they were charged".

Also, on 4-26-2017 I was Interviewed by Menard Intel Officer Spiller and two (2) other F.O.O.C. Investigators about the Incident Surrounding an altercation between Roundtree and other officer and prisoners. During this Interview the Investigators Indicated to me that the prisoners involved in the 4-23-2017 altercation were beaten "pretty bad".

Some time After I was transferred from Menard C.C. to Pontiac C.C.. I encountered prisoner Elroy Henderson #N20461 In which we conversed about the Incident Surrounding the altercation on 4-23-2017. During that conversation I term Henderson what Roundtree and the Investigators had said to me about them (the prisoners) being "Beaten Bad" and Getting "Beat the Hell out of". Henderson Informed me that they In fact Had been Beaten and tortured by certain Menard officers and charged with a criminal case. I Agreed to provide an affidavit for

Henderson and Mark Smith Attesting to what Roundtree and the Investigators had told me. I further agreed to provide Henderson and Smith with an affidavit because it is a well known fact of Menard that if a prisoner is accused of assaulting staff that they are going to be beaten pretty badly. During my stay at Menard I have heard countless stories of prisoners being assaulted by Menard officers and I fear that sooner or later a prisoner is going to be severely injured or even killed, and so I agreed to provide this affidavit. Everything that I stated I this affidavit is true and based on my personal knowledge except the things based on personal beliefs to which I believe is true. I declare under the penalty of perjury that everything I stated here in is true. Also, I am willing to testify in court about the statements I made here.

Lazerik Austin

01/26/18

Amber O Potts

OFFICIAL SEAL
AMBER L. POTTS
Notary Public—State of Illinois
My Commission Expires 11/18/2019

Bruce Rauner
Governor



John Baldw...
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: HENDERSON  ELROY                     Date: 10/23/17

Register # M20461

Facility: PONTIAC

This is in response to your grievance received on  7/8/17  . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding:** Grievance dated: 5/22/17    6/9/17  Grievance Number: PROVIDED  NOT  Griev Loc: MENARD

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

⊗ Disciplinary Report dated  5/10/17
Incident # 2017 01897/2 -PON

⊗ Other STAFF CONDUCT - LT. BEBOUT - 4/23/17
SGT. MURRAY

**Based on a review of all available information, this office has determined your grievance to be:**

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by
_____.

○ Denied, in accordance with DR504F, this is an administrative decision.

○ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

⊗ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: THIS OFFICE FINDS NO REASON TO DISCOUNT THE ISSUED REPORT. STAFF

MISCONDUCT ALLEGATIONS WERE NOT SUBSTANTIATED.

FOR THE BOARD: _____          CONCURRED: _____
Ann Lahr                                         John R. Baldwin
Administrative Review Board                      Acting Director

CC:  Warden, PONTIAC _____ Correctional Center
HENDERSON  ELROY _____ ,Register No. M20461

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: MAY 22, 2017 | Offender: (Please Print) Elroy Henderson | ID#: M·20461 |
|---|---|---|

| Present Facility: Pontiac | Facility where grievance issue occurred: Menard |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☑ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
              Date of Report                     Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved): On Apr 23, 2017 Approx 3:30/4pm a incident occurred between
#/m And c/o. And was reported in East cell House. (6) gallery Flag For disciplinary
Assault #/m Henderson #M·20461, #/m Davis #R·27306, Smith #M·10345 was named (3)
parties involved in said occurrence. There were also multiple staff said and
reported involved 'Some reported injuries' Although multiple said staff was in-
volved Sgt Murray, c/o Rountree, c/o Webb, multiple staff also responded to the
Already secured area. #/m Henderson #/m Davis #/m Smith were properly in
cuff restraints, whereupon Escorted out of the Building there After upon
Exiting the Building (east) #/m Henderson was then grabbed And slammed
Head First 'By staff to concrete ground whereabout #/m Henderson ——X

Relief Requested: Camera's placed all around (east) Menard Compensation For
injuries sustained. Staff's investigated Entirely And Fired
.''

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    M·20461    05 / 22 / 2017
    Offender's Signature                 ID#             Date
                         (Continue on reverse side if necessary)

| | **Counselor's Response** (if applicable) | |
|---|---|---|

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to
                                                    Administrative Review Board, P.O. Box 19277,
                                                      Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____           _____      ___/___/___
Print Counselor's Name          Counselor's Signature        Date of Response

| | **EMERGENCY REVIEW** | |
|---|---|---|

Date Received: ___/___/___   Is this determined to be of an emergency nature?
    ☐ Yes; expedite emergency grievance
    ☐ No; an emergency is not substantiated.
    Offender should submit this grievance
    in the normal manner.

_____      ___/___/___
Chief Administrative Officer's Signature      Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

consequently 'loss consciousness' Staff commenced to Kicking him standing on and Bending =/m Henderson's arms + legs (undocumented) and ultimately stripping Henderson of his shoes · Socks so that =/m Henderson Be pulled and dragged Barefoot almost estimated 150/200 feet to the Healthcare unit. When Henderson arrived in Health Care unit approaching one of the small observation rooms. =/m Henderson upon approaching saw =/m Smith going in one of the small observation rooms all the doors ajar with 4/5 staff c/o present =/m Henderson =/m Smith, =/m Davis had each Been taken and placed into a small room. Once placed w/ doors closed staff c/o then shut the lights off and continued to violate and Beat on =/m Henderson and would torment perform torture tactics Such as: "Suffication" Lt. Be Bout would insert C.O. pepper spray into a plastic Bag and place over =/m Henderson head for seconds at time this tactic would Be Used repeatedly until Henderson passed out Lt Be Bout would Be Known as the staff c/o to perform this act of 'cruel + unusual punishment' c/o staff would further go on tightening =/m Henderson's cuff restraints as possibly 'Impossible' causing loss of Blood circulation staff would also hold Henderson trying to his side to stand on Henderson's hand until swollen and completely dysfunctional Menards (HCU) nurse's was well informed, But would not give aid to =/m Body at all. Injuries for Bruised hips, swollen hands, Bruised ankles and feet, shoulder + Back pain all would go "undocumented" By Menard healthcare nurse. =/m Henderson was hospitalized for Head trauma, loss of consciousness, Facial swelling, multiple Broken, loosened + missing teeth, lip laceration required sutures 8 to 10 placed. etc. As a clear result of c/o staff excessive force used and misconduct. Nerve damage in =/m Henderson's hands would still go undocumented Henderson would still suffer from injury and Bares the scars and Bruises to this very day. =/m Davis, =/m Smith also sustain severe injuries of their own and hospitalized for staff misconduct

CC: Attorney Gen. Department of justice, Attorney's, family, associates



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Fleury Henderson                                          M 20461
Name                                                     ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.   Is this a new civil rights complaint or habeas corpus petition?        (Yes) or No

     If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2.   Is this an Amended Complaint or an Amended Habeas Petition?      Yes or (No)

          If yes, please list case number:  _____

          If yes, but you do not know the case number mark here:        _____

3.   Should this document be filed in a pending case?             Yes or (No)

          If yes, please list case number:  _____

          If yes, but you do not know the case number mark here:        _____

4.   Please list the total number of pages being transmitted:            ○2

5.   If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

Name of Document                                    Number of Pages
Complaint Brief Aeb Exhushin                        12 pg Complaint) 1pg Griev) 1pg ALB
Motion Proceed in Forma Pauperus                    2 pg
Affidants / Exhibits                                9 pg
Motion Appointment Counsel                          2 pg

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.   Discovery materials sent to the Court will be returned unfiled.